■ In the Matter of PATRICIA MORRISSEY et al., Appellants, v CARON MORRISSEY et al., Respondents, and NASSAU COUNTY PROBATION DEPARTMENT, Respondent. [639 NYS2d 953] ■

The Supreme Court did not improvidently exercise its discretion in denying the appellants' cross motion requesting photocopies of the forensic reports or permission to copy these reports by hand since the court permitted counsel to review the reports in chambers (*see, Matter of Scuderi-Forzano v Forzano,* 213 AD2d 652). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.